# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff )
)
)  CRIMINAL NO. _O8 mj 2537_
vs. )
)  ORDER
)
Jon Ralph Lara Dibble )  RELEASING MATERIAL WITNESS
)
Defendant(s) )  Booking No.
)
_____ )

On order of the United States District/Magistrate Judge,    **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

L. G. G. T  (juvenile)

DATED: _Aug 26, 2006_

**Barbara Lynn Major**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　　Deputy Clerk
　　　K. HAMMERLY